*WO*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Olivaros-Milanes, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> United States of America, ) <br> ) <br> Respondent. ) <br> _____) | <br><br><br><br><br><br>JUDGMENT IN A CIVIL CASE<br><br>Case: CV-05-693-TUC-FRZ<br>      CR-05-1348-TUC-FRZ |

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #16 in CR-05-1348-TUC-FRZ) is **DENIED** and this case (CV-05-693-TUC-FRZ) is **DISMISSED**.

December 2, 2005              RICHARD H. WEARE
Date                                CLERK


                              *S/ M. Michelle Mejia*

                              M. Michelle Mejia
                                 Deputy Clerk


Copies to:
J/B, FRZ, Oliveros-Milanes, all Counsel